UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES BOBO, | ) | CASE NO. C07-1102-RSL-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE FOR |
| | ) | FAILURE TO FILE AN OPENING |
| MICHAEL J. ASTRUE, | ) | BRIEF |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court issued an Order on October 22, 2007, advising the parties of the briefing schedule. (Dkt. 15.)  That Order required that plaintiff file his Opening Brief no later than November 21, 2007.  To date, neither a brief nor a motion to extend the filing deadline has been filed by plaintiff.  It is therefore ORDERED that plaintiff show cause, within **fourteen (14) days** of the filing of this Order, why the Court should not enter a judgment dismissing this case for failure to prosecute.

The Clerk shall direct copies of this Order to plaintiff and counsel for defendant, and to the Hon. Robert S. Lasnik.

DATED this 30th day of November, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE FOR
FAILURE TO FILE AN OPENING BRIEF
PAGE -1